UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD S. PAINTER,

    Petitioner,

    v.

UNITED STATES ATTORNEY
GENERAL,

    Respondent.

Civil Action No. 08-0072 (JDB)

## TRANSFER ORDER

This matter is before the Court on what purports to be a petition for a writ of habeas corpus filed on behalf of Richard S. Painter. Mr. Painter currently is incarcerated at the Federal Correctional Institution in Beaumont, Texas.

Habeas actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas action is the petitioner's custodian, or, in this case, the warden of FCI Beaumont. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). Thus, "a district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). The Court will transfer this matter to the United States District Court for the Eastern District of Texas.

Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the Eastern District of Texas.

SO ORDERED.

/s/<br>JOHN D. BATES<br>United States District Judge

Date: January 16, 2008